**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 98-1435**

————————

DARIN T. STEELE,

Plaintiff - Appellant,

versus

JESSE BROWN, Secretary of Veterans Affairs,

Defendant - Appellee.

————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief District Judge.  (CA-96-728-1)

————————

Submitted:  June 18, 1998    Decided:  July 8, 1998

————————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Darin T. Steele, Appellant Pro Se.  Gill Paul Beck, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darin T. Steele appeals the district court's order dismissing his Title VII complaint as time-barred. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Steele v. Brown</u>, No. CA-96-728-1 (M.D.N.C. Jan. 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>